Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
303 H Street, Suite 435
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; and MACCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU, <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 8:12-cv-01748-DOC-RNB <br><br> **ANSWER OF DEFENDANTS RENZO MACCHIAVELLO AND MACCHIAVELLO, LLC d/b/a RENZO'S TASTE OF PERU** <br><br> **DEMAND FOR JURY TRIAL** <br><br> *[Pursuant to Federal Rules of Civil Procedure, Rules 8(b), 12(a), 38]* |

COME NOW defendants Renzo Macchiavello and Macchiavello, LLC d/b/a Renzo's Taste of Peru (collectively referred to as "defendants" herein), appearing by counsel, and file this Answer and Defenses in response to the Complaint of plaintiff Innovative Sports Management, Inc.

AND NOW, the defendants answer the Complaint, paragraph by paragraph, as follows:

1. Admit.

| | | |
|---|---|---|
| 1 | 2. | Admit. |
| 2 | 3. | Admit that there is personal jurisdiction only. |
| 3 | 4. | Admit that venue is proper. |
| 4 | 5. | Admit that intradistrict assignment is proper. |
| 5 | 6. | Defendants are without sufficient information to admit or deny. |
| 6 | 7. | Defendants cannot admit or deny because the allegation is compound, and vague |
| 7 | | and ambiguous as to time. |
| 8 | 8. | Admit. |
| 9 | 9. | Deny. |
| 10 | 10. | Deny. |
| 11 | 11. | Deny. |
| 12 | 12. | Deny. |
| 13 | 13. | Deny. |
| 14 | 14. | Defendants cannot admit or deny because the allegation is compound, and vague |
| 15 | | and ambiguous as to time. |
| 16 | 15. | Deny. |
| 17 | 16. | Defendants are without sufficient information to admit or deny. |
| 18 | 17. | Defendants are without sufficient information to admit or deny. |
| 19 | 18. | Defendants are without sufficient information to admit or deny. |
| 20 | 19. | Deny. |
| 21 | 20. | Deny. |
| 22 | 21. | Deny. |
| 23 | 22. | Deny. |
| 24 | 23. | Deny. |
| 25 | 24. | Deny. |
| 26 | 25. | Deny. |
| 27 | 26. | Deny. |

1     27.    Deny.

2     28.    Deny.

3     29.    Deny.

4     30.    Deny.

5     31.    Deny.

6     32.    Deny.

7     33.    Deny.

8     34.    Deny.

9     35.    Defendants are without sufficient information to admit or deny.

10    36.    Defendants are without sufficient information to admit or deny.

11    37.    Deny.

12    38.    Deny.

13    39.    Deny.

14    40.    Deny.

15    41.    Deny.

16    42.    Deny.

17    43.    Deny.

18    In response to the paragraphs following paragraph 43, beginning with the words

19 "WHEREFORE, Plaintiff prays" the defendants deny plaintiff is entitled to the relief prayed for or

20 any relief whatsoever. Defendants hereby demand a jury trial in this civil action.

21    Respectfully submitted.

22 DATED: October 17, 2012                              LAW OFFICE OF MATTHEW PARE, APC

23

24                                                     By:   /s/ Matthew A. Paré

25                                                     Matthew A. Paré, Esquire
                                                       Counsel for Defendants Renzo
26                                                     Macchiavello and Macchiavello, LLC
                                                       d/b/a Renzo's Taste of Peru

27

28

*Answer*                                                                                          3

Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
303 H Street, Suite 435
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Thomas P. Riley, Esq., State Bar No.: 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Phone: (626) 799-9797
Fax: (626) 799-9795
e-mail: TPRLAW@att.net

Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
303 H Street, Suite 435
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

By: /s/ Matthew A. Paré
_____
Matthew A. Paré, Esquire