Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., | Case No.: 8:12-cv-01748-TJH-PLA |
| Plaintiff, | *CORRECTED* PROOF OF SERVICE RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES |
| vs. | |
| Renzo Macchiavello, et al., | |
| Defendants. | |

///

///

///

///

///

///

///

///

### *CORRECTED* PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 17, 2014, I caused to serve the following documents entitled:

*CORRECTED* PROOF OF SERVICE RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Matthew A. Pare, Esq.
LAW OFFICE OF MATTHEW PARE
823 Anchorage Place, Suite 114
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 17, 2014, at South Pasadena, California.

Dated: March 17, 2014              */s/ Vanessa Morales*
                                   VANESSA MORALES