**Thomas P. Riley, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
INNOVATIVE SPORTS MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENZO MACCHIAVELLO, ET AL., <br><br> Defendants. | Case No. 8:12-cv-01748-TJH-PLA <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT** <br><br> FOR:   HON. TERRY J. HATTER |

     **NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

     Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

///

///

1   **WHEREFORE,** the Parties respectfully request that all presently calendared
2   deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: March 20, 2014        *s/ Thomas P. Riley*
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             Innovative Sports Management, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 20, 2014, I served:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT**

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Mr. Matthew A. Pare, Esquire                        (Attorneys for Defendants)
**LAW OFFICE OF MATTHEW A. PARE, P.C.**
823 Anchorage Place, Suite 114
Chula Vista, CA 91914
E-mail: mattparelawca@gmail.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 20, 2014, at South Pasadena, California.

Dated: March 20, 2014                        *s/ Inesa Mamidjanyan*
                                             INESA MAMIDJANYAN

///
///
///
///