**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Innovative Sports Management, Inc.**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Innovative Sports Management, Inc.,** | **CASE NO. 8:12-cv-01748-TJH-PLA** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RENZO MACCHIAVELLO,** |
| **vs.** | **individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an** |
| **Renzo Macchiavello, et al.,** | **unknown business entity d/b/a RENZO'S** |
| **Defendants.** | **TASTE OF PERU** |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU, that the above-entitled action is hereby dismissed **without prejudice** against RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by  April 30, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

///

STIPULATION OF DISMISSAL
CASE NO. 8:12-cv-01748-TJH-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  March 20, 2014                    *s/Thomas P. Riley*
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By:  Thomas P. Riley
                                          Attorneys for Plaintiff
                                          INNOVATIVE SPORTS MANAGEMENT, INC.

Dated:  March 20, 2014                    *s/Matthew A. Pare*
                                          **LAW OFFICES OF MATTHEW A. PARE, APC**
                                          By: Matthew A. Pare
                                          Attorneys for Defendants
                                          RENZO MACCHIAVELLO, individually and d/b/a
                                          RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC,
                                          an unknown business entity d/b/a RENZO'S TASTE OF
                                          PERU

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
**CASE NO. 8:12-cv-01748-TJH-PLA**
**PAGE 2**

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 20, 2014, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANTS RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Matthew A. Pare, Esquire                    (Attorneys for Defendants Renzo
**LAW OFFICES OF MATTHEW A., A.P.C.**             Macchiavello and Macchiavello, LLC)
823 Anchorage Place, Suite 114
Chula Vista, CA 91914

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 20, 2014, at South Pasadena, California.

Dated: March 19, 2014                    _s/Vanessa Ventura_____
                                         **VANESSA VENTURA**

**STIPULATION OF DISMISSAL
CASE NO. 8:12-cv-01748-TJH-PLA
PAGE 3**