Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Innovative Sports Management, Inc., | CASE NO. 8:12-cv-01748-TJH-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU [JS-6] |
| vs. | |
| Renzo Macchiavello, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU, that the above-entitled action is hereby dismissed **without prejudice** against RENZO MACCHIAVELLO, individually and d/b/a RENZO'S TASTE OF PERU; AND MICCHIAVELLO, LLC, an unknown business entity d/b/a RENZO'S TASTE OF PERU and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 30, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

///

**STIPULATION OF DISMISSAL**
**CASE NO. 8:12-cv-01748-TJH-PLA**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____     Dated: March 25, 2014
**The Honorable Terry J. Hatter, Jr.
United States District Court
Central District of California**

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL
CASE NO. 8:12-cv-01748-TJH-PLA
PAGE 2**